# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOE SALINAS ESTRADA, JR.,**

    **Plaintiff,**

    v.                                                                        Case No. 14-CV-631

**TODD A. FOXWORTH, JONI WHITE,**
**RICK THALER, DWAYNE E. DEWBERRY,**
**WILLIAM MOTAL, ELISABETH ANN MILLER,**
**and BRAD LIVINGSTON,**

    **Defendants.**

## ORDER

Plaintiff, Joe Salinas Estrada, Jr.,[1] who is incarcerated at the Texas Department of Criminal Justice - Michael Unit, filed a pro se complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. This matter comes before the court on plaintiff's petition to proceed in forma pauperis. He has paid an initial partial filing fee of $26.75. See 28 U.S.C. § 1915(b)(1).

Plaintiff alleges that his claims arose in the Northern and Eastern Districts of Texas. He also alleges that defendants reside in Texas. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]" 28 U.S.C. § 1404(a). Venue is proper is the Eastern District of Texas. See 28 U.S.C. § 1391(b). Under 28 U.S.C. §

---

[1] Plaintiff provided his Texas Department of Criminal Justice Inmate Number, which is 835624. Based on that number, the Texas Department of Criminal Justice identifies plaintiff as Joe Garcia Estrada. See http://offender.tdcj.state.tx.us/OffenderSearch/offenderDetail.action?sid=02814639 (last visited August 14, 2014).

1406(a), the court may "transfer a case brought in the wrong division or district if" it is "in the interest of justice" to do so. Hapaniewski v. City of Chicago Heights, 883 F.2d 576, 579 (7th Cir. 1989) (citation omitted). Therefore, in the interest of justice, this action will be transferred to the United States District Court for the Eastern District of Texas.

**IT IS THEREFORE ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (Docket # 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action be transferred to the United States District Court for the Eastern District of Texas.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge